```
              DISTRICT COURT OF THE VIRGIN ISLANDS
                DIVISION OF ST. THOMAS AND ST. JOHN
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )  )   Plaintiff,   )  )   v.   )  ) **ALANA LIBURD, YAMINI POTTER**  )  )   Defendants.  )  )  )  ) | Criminal No. 2014-16 |

**ATTORNEYS:**

**Ronald Sharpe, United States Attorney**
**Everard E. Potter, AUSA**
**Delia Smith, AUSA**
United States Attorney's Office
St. Thomas, U.S.V.I.
   *For the United States of America,*

**David J. Cattie**
Ogletree, Deakins, Nash, Smoak & Stewart LLC
St. Thomas, U.S.V.I.
   *For Alana Liburd,*

**Omodare B. Jupiter, Federal Public Defender**
**Gabriel J. Villegas, AFPD**
St. Thomas, VI
   *For defendant Yamini Potter.*

## ORDER

**GÓMEZ, J.**

A supervised release revocation hearing in this matter was scheduled for September 20, 2016 (the "September, 2016, hearing"). A key witness for that hearing, Chrystina Clendinen ("Clendinen"), was unavailable to attend. The Court indicated to

*United States v. Liburd*
Crim. No. 14-16
Order
Page 2

the prosecutor the significance of Clendinen's testimony and continued the hearing in order to ensure that Clendinen could appear at the next scheduled hearing. Thereafter, a supervised release revocation hearing was held on January 18, 2017. The government failed to procure the attendance of Clendinen for that hearing. In light of that failure, the Court decided to continue the January 18, 2017, supervised release revocation hearing so that Clendinen could be present to testify before the Court.

    The premises considered, it is hereby

    **ORDERED** that the supervised release revocation hearing of Yamini Potter and Alana Liburd shall resume at 11:00 am on January 23, 2017; and it is further

    **ORDERED** that the government shall, through such process as is necessary, procure the attendance of Ms. Chrystina Clendinen to testify at the January 23, 2017, supervised release revocation hearing.

S\_____
    **Curtis V. Gómez**
    **District Judge**